Submitted August 20, affirmed September 25, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID EUGENE BREAMES,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR1100074; A149852

310 P3d 1202

Peter Gartlan, Chief Defender, and Ernest G. Lannet, Chief Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Jeremy C. Rice, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Haselton, Chief Judge, and Hadlock, Judge.

PER CURIAM